IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:13-cr-00236(2), (3) |
| v. | ) | Chief Judge Haynes |
| | ) | |
| GREGORIO PEREZ-ORTIZ | ) | |
| ELIZABETH NAVAS | ) | |

**O R D E R**

The plea hearing currently set in this action for Monday, May 5, 2014 at 10:00 a.m. is reset for **Friday, May 2, 2014 at 10:00 a.m.**

It is so **ORDERED**.

ENTERED this the 7 day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge