IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:13-cr-00236-2 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| ELIZABETH NAVAS | ) | |

## O R D E R

The plea hearing currently set in this action for Friday May 2, 2014 at 10:00 a.m. is reset for **Monday, May 12, 2014 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the 21st day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge